# Court of Appeals
# of the State of Georgia

ATLANTA, April 20, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1057.  JEREMY JERMAINE DAVIS v. THE STATE.**

Jeremy Jermaine Davis appeals his judgment of conviction for various traffic offenses.  The trial court entered judgment on October 28, 2016, and Davis filed his notice of appeal on November 29, 2016.  The State has filed a motion to dismiss the appeal.

We lack jurisdiction.  Davis's appeal is untimely.  A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed, but Davis filed his notice of appeal 32 days after entry of judgment.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Veasley v. State*, 272 Ga. 837, 838 (537 SE2d 42) (2000).  Accordingly, the State's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/20/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*